**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0904-WJM-KLM

LONE STAR DOCUMENT MANAGEMENT, LLC

      Plaintiff,

v.

CATALYST REPOSITORY SYSTEMS, INC.

      Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss filed May 15, 2013 (ECF No. 15).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.

Dated this 15th day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge